IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DERRICK LAMONT MOORE,

               ORDER

    Plaintiff,

               13-cv-307-bbc

 v.

ROBERT WEIRE, ALAN SCHRANK and
MINERAL POINT POLICE DEPARTMENT,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  In an order entered on July 24, 2013, I directed plaintiff Derrick Lamont Moore to advise the court in writing by August 15, 2013, whether he wished to pursue this case under 42 U.S.C. § 1983, 28 U.S.C. § 2254 or Wis. Stat. § 782.01.  In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case without prejudice.  It is now well past the deadline, and plaintiff has not responded to the court's order.

  Accordingly, IT IS ORDERED that plaintiff Derrick Lamont Moore's case is dismissed without prejudice.  The clerk of court is directed to enter judgment and close this case.

  Entered this 5th day of September, 2013.

             BY THE COURT:
             /s/
             BARBARA B. CRABB
             District Judge