IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK MOORE,

                    Petitioner,                JUDGMENT IN A CIVIL CASE

        v.                                     13-cv-307-bbc

ROBERT WEIRE, ALAN SCHRANK and
MINERAL POINT POLICE DEPARTMENT,

                    Respondents.

        This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case without prejudice.


        /s/                                    9/6/2013
   Peter Oppeneer, Clerk of Court                  Date